B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Idaho

In re  **Sean Michael Harder**                                              Case No.
                                    Debtor(s)                                Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,662.00** |
   | Prior to the filing of this statement I have received | $ **1,662.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See attached agreement.**

      **Negotiations with secured creditors for reaffirmation agreements; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; correspondence and communication with Debtor regarding turnover of property of the estate**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See attached agreement.**

   **Representation of the debtor(s) in any actions objecting to the entry of a discharge, seeking a determination of the dischargeability of any particular claim, or any other adversary proceeding.**

   **Representation of the debtor(s) in any actions seeking dismissal of the case.**

   **The following are post-petition services for which the attorney, by representing the debtor in this case, is bound to provide if necessary, however such services are not contemplated in the fixed fee and will be subject to separate billing:  preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real property; stay relief proceedings as needed and permissible; objections to claims of exemptions; prosecuting or curing stay violations; motions to abandon property from the bankruptcy estate; motions to compel turnover of propery of the estate; motions to dismiss or other contested matters.**

In re   **Sean Michael Harder**                                      Case No.  _____
                           Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 29, 2024** | **/s/ D. Blair Clark** |
| *Date* | **D. Blair Clark 1367** |
| | *Signature of Attorney* |
| | **Law Office of D. Blair Clark, PC** |
| | **967 E. Parkcenter Blvd., #282** |
| | **Boise, ID 83706** |
| | **(208) 475-2050  Fax: (208) 475-2055** |
| | **dbc@dbclarklaw.com** |
| | *Name of law firm* |

# CHAPTER 7 FEE AGREEMENT

The undersigned, _Sean Harder_ and _____, "Client," hereby retain and employ Law Offices of D. Blair Clark to represent them in a case to be filed under Chapter 7 of the Bankruptcy Code.

The legal services to be rendered are set forth below. CLIENT IS HEREBY NOTIFIED that under In re Biggar, 110 F.3d 685, prepetition attorneys' fees to be paid in installments postpetition are dischargeable debts. "Prepetition" includes all services rendered to Client before the filing of the initial bankruptcy petition, and "postpetition" includes all services rendered to Client after the filing of the petition. As your attorney, we cannot become in a conflict of interest with you as the client. Therefore, Client and Attorney agree that the allocation of fees and costs, and services rendered or to be rendered, shall be:

PREPETITION SERVICES:

    1. Counseling concerning the appropriate bankruptcy chapter for the financial situation of the Client.

    2. Preparation and filing of a Petition, Statement of Affairs and Schedules.

    3. Attendance at the First Meeting of Creditors, including transmittal of documents as requested by the Trustee or the US Trustee, or required by the Bankruptcy Code or Rules.

    4. Negotiations with secured creditors for reaffirmation agreements; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real property; stay relief proceedings as needed and permissible.

    5. Contested motions and proceedings related to the administration of our case, including motions for relief from stay to the extent permissible (Chapter 7 Debtors normally do not have standing to oppose such a motion).

POSTPETITION SERVICES:

    6. Adversary proceedings or litigation after the filing of the Bankruptcy petition.

    7. Responses to or defense of any complaints objecting to discharge or dischargeability of a debt, raised by any creditor or the U.S. Trustee, including any amendments to pleadings or schedules as may be necessary.

    8. Handling creditors' claims, calls, or demands, and negotiations with creditors.

9. Any work related to the Clients' case which is performed after filing the petition, except for "Prepetition Services."

In consideration of the legal services to be rendered to the undersigned, the undersigned agrees to pay all fees as billed at the rate of $250.00 per hour, plus actual costs. Paralegal charges will be billed at $75 per hour. Basic charges are:

A. A Fixed Rate Fee for all Prepetition Services will be applied in the amount of $_____ plus costs of $335 to cover the Court Filing Fee. That Fixed Rate Fee plus the Court Filing Fee <u>must</u> be paid <u>before</u> we can file your petition.

B. Postpetition Services shall be billed at the hourly rate set forth above.

C. In case of consultations performed between Attorney and Client which do NOT result in the filing of a bankruptcy petition, they will be billed at the hourly rate prevailing for the attorney involved. We do NOT give "free" consultations.

It is understood and agreed by the undersigned that the undersigned has not retained counsel for any matter not covered by this agreement. In the event the undersigned and counsel reach an agreement that counsel will represent the undersigned in any matter not covered by this agreement the undersigned understands that any such legal services will be in addition to those described above and will be billed to the undersigned at the rate of $250 per hour.

The undersigned further agrees and understands the following:

1. Counsel in no way guarantees or represents that the bankruptcy filing will resolve all of the financial concerns of the undersigned.

2. The undersigned has provided to counsel true and correct information which has been used for preparation of all bankruptcy schedules.

3. The Memorandum of Understanding and Disclosures attached hereto were given to us, explained, and all information furnished to counsel is true and correct.

4. All Prepetition Flat Rate Fees and Expenses will be 'Paid in Full' prior to the filing of the petition. We have no alternative because of the state of the law. All Postpetition Fees and Expenses shall be paid within 30 days after billing or as may be agreed by the parties in writing. Failure to do so shall constitute grounds for withdrawal and/or commencement of legal proceedings against you to collect said funds.

5. Our firm retains the right to a lien in all materials, records, reports, bills, invoices, documents, pleadings, schedules and statements. This lien shall also extend to any documents generated by the law firm or any documents generated at its request. We will retain the file and all documents and papers in it until our fee is fully paid as allowed by <u>Defendant A v. Idaho State Bar</u>, 2 P.3d 147.

6. Client has the right to consult with another attorney concerning this Agreement.

Date_____4/14/24_____                    _____Sean Harder_____
                                                    Debtor

_____[signature]_____                    _____
    Attorney                                        Debtor